**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-62430-UU

CARLY BITTLINGMEYER,

    Plaintiff,
v.

AFFORDABLE DENTISTRY OF
SOUTH FLORIDA CORP,

    Defendant.

_____/

**ORDER**

    THIS CAUSE comes before the Court *sua sponte*.

    On September 30, 2019, Plaintiff filed the complaint. D.E. 1. To date, Plaintiff has not served Defendant. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Monday, November 4, 2019**, as to why Plaintiff has failed to serve Defendant. In the alternative, Plaintiff SHALL file the verified proof of service by this date and/or state, in detail, why Defendant has not yet been served.

    DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ day of October, 2019.

*[signature]*

                                                UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf