**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-62430-UU

CARLY BITTLINGMEYER,

    Plaintiff,

v.

AFFORDABLE DENTISTRY OF
SOUTH FLORIDA CORP,

    Defendant.
_____/

**ORDER**

    THIS CAUSE comes before the Court *sua sponte.*

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

    Defendant was served on November 4, 2019. D.E. 6. As such, its response was due on November 25, 2019. *See* Fed. R. Civ. P. 12(a). To date, Defendant has not responded. Neither has Defendant moved for an extension of time to do so. Accordingly, it is hereby

    ORDERED AND ADJUDGED that the Clerk SHALL enter default against Defendant. Plaintiffs SHALL file a motion for final default judgment against Defendant, duly supported by affidavits and other documentation, and a proposed Final Order no later than **Wednesday, November 20, 2019**. Failure to comply with this Order will result in the immediate dismissal of the complaint.

    DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of November, 2019.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf