UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLY BITTLINGMEYER

PLAINTIFF(S)

CASE NUMBER
0:19−cv−62430−UU

v.

AFFORDABLE DENTISTRY OF SOUTH FLORIDA CORP,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Affordable Dentistry of South Florida Corp.**

as of course, on the date November 12, 2019.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Lorraine Sandelin*
Deputy Clerk

cc:  Judge Ursula Ungaro
     Carly Bittlingmeyer

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)