1        UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF FLORIDA
2
         CIVIL ACTION NO. 0:19cv62430
3

4   CARLY BITTLINGMEYER,

5           Plaintiff,

6   vs.

7   AFFORDABLE DENTISTRY OF SOUTH
    FLORIDA CORP.,
8
            Defendant.
9   _____/

10

11

12                    EMPIRE LEGAL REPORTING
                      110 Southeast 6th Street, Suite 1700
13                    Fort Lauderdale, Florida 33301
                      Monday, December 9, 2019
14                    3:00 p.m. - 3:05 p.m.

15

16

17           STATEMENT ON THE RECORD

18                     RE:

19       DEPOSITION OF AGUEDA PEREZ-DIAZ

20

21

22

23

24           Reported By:

25           Karen B. Patlak

```
 1                      APPEARANCES:


 2


 3          THE LAW OFFICES OF JIBRAEL S. HINDI, by
                    JIBRAEL S. HINDI, Esquire
 4                  On behalf of the Plaintiff


 5


 6                      ALSO PRESENT:


 7

                    AGUEDA PEREZ-DIAZ
 8

 9                    - - - - - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | MR. HINDI:  My name is Jibrael Hindi. |
| 2 | Today is December 9th, 2019.  At 2:00 p.m. |
| 3 | today we had a deposition scheduled via a subpoena duces |
| 4 | tecum for three parties.  The first party was Affordable |
| 5 | Dentistry of South Florida Corp., the second party was |
| 6 | Agueda Perez-Diaz, and the third party was Eric Schuetz. |
| 7 | As of 3:00 p.m. today, two out of the three parties did |
| 8 | not present themselves. |
| 9 | MS. PEREZ-DIAZ:  I'm two parties.  No? |
| 10 | MR. HINDI:  Eric Schuetz did not present |
| 11 | himself.  Agueda Perez-Diaz did come into my office, |
| 12 | however refused to get on the record and conduct the |
| 13 | deposition.  Ms. Perez-Diaz also stated that she was the |
| 14 | corporate rep for Affordable Dentistry of South Florida, |
| 15 | and Affordable Dentistry of South Florida also via |
| 16 | Ms. Perez-Diaz failed to commence the deposition. |
| 17 | I did get a phone call today from an attorney |
| 18 | confirming with me that they did not represent Affordable |
| 19 | Dentistry of South Florida or Ms. Perez-Diaz or Eric |
| 20 | Schuetz; however, they do represent them for a separate |
| 21 | matter. |
| 22 | Since two o'clock Ms. Perez-Diaz was given an |
| 23 | opportunity to obtain counsel because she refused to |
| 24 | testify under oath without counsel as to herself |
| 25 | personally or as to Affordable Dentistry of South |

1  Florida.  From my understanding the documents that were

2  requested under the subpoena were also not produced, and

3  to this date my office has not received any such

4  documents.

5          I have made Ms. Perez-Diaz aware of the

6  possible sanctions that may be implemented by the Court,

7  including those of contempt.  I've also advised her that

8  Eric Schuetz and the corporation are also susceptible to

9  such sanctions and nonetheless all three parties have

10  failed to present themselves on the record for the

11  noticed depositions and production of documents that were

12  supposed to be had and taken place today.

13          For the record, Affordable Dentistry of South

14  Florida Corp. was served with this complaint on

15  October 4th, 2019.  To date, no official response or

16  pleading has been filed by Affordable Dentistry of South

17  Florida.  For the record, all subpoenas for production of

18  documents and for deposition that were supposed to be had

19  today were served on all three parties on December 3rd at

20  11:40 a.m.

21          As of today, no objection or any type of

22  communication regarding the appearance or production of

23  documents that were supposed to be had today has been

24  made to me personally or to anyone in my office.

25  Plaintiff will be moving for appropriate sanctions

1   including, but not limited to an order of contempt by the

2   Court for all three parties.

3                Thank you.  I appreciate it.

4                (Thereupon, the Statement on the Record was

5        concluded at 3:05 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Agueda Perez-Diaz taken on 12/9/2019

```
 1                        CERTIFICATION

 2

 3    STATE OF FLORIDA       :

 4    COUNTY OF BROWARD      :

 5

 6         I, Karen B. Patlak, Shorthand Reporter and Notary

 7    Public  in  and  for  the  State  of Florida at Large, do

 8    hereby certify that the  foregoing proceedings were taken

 9    before me at the date and  place as stated in the caption

10    hereto  on  Page 1;  that  the  foregoing computer-aided

11    transcription  is  a true record of my stenographic notes

12    taken at said proceedings.

13         WITNESS  my  hand  this  9th  day  of  December,

14    2019.

15

16

17         _____

18                   KAREN B. PATLAK

19          Court Reporter and Notary Public

20          in and for the State of Florida at Large

21               Commission #GG 251315

22                September 23, 2022

23

24

25
```