UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-62430-UU

CARLY BITTLINGMEYER,

    Plaintiff,
v.

AFFORDABLE DENTISTRY OF
SOUTH FLORIDA CORP,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Set Aside Default (the "Motion"). D.E. 18.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

Defendant did not timely respond, and the Court ordered the Clerk to enter default on November 9, 2019. D.E. 9. The Clerk entered default against Defendant on November 12, 2019. D.E. 10. Defendant now moves to set aside the default on the grounds that it contacted an attorney's office within days of being served, but recently discovered that the attorney was not in fact its counsel. D.E. 18. Defendant has now retained counsel, who filed a notice of appearance and the present Motion. *Id.* However, Defendant does not include a proposed answer and affirmative defenses along with the Motion. *See id.*

Federal Rule of Civil Procedure 55(c) states, "The court may set aside an entry of default for good cause[.]" In determining whether there is good cause to set aside an entry of default, the Eleventh Circuit Court of Appeals has recognized that courts properly consider: "whether the

default was culpable or willful, whether setting it aside would prejudice the adversary, and whether the defaulting party presents a meritorious defense[,]" in addition to determining "whether the public interest was implicated, whether there was significant financial loss to the defaulting party, and whether the defaulting party acted promptly to correct the default." *Compania Interamericana Export-Import, S.A. v. Compania Dominicana de Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996).

Here, the Court is not satisfied that good cause exists. The Court cannot determine if Defendant has meritorious defenses absent a proposed answer and affirmative defenses. If Defendant corrects that error, the Court will set aside the default. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 18) is DENIED WITHOUT PREJUDICE. If Defendant intends to re-file the Motion, Defendant SHALL re-file it, <u>and include a proposed Answer and Affirmative Defenses</u> by **Friday, <u>December 27, 2019.</u>**

DONE AND ORDERED in Chambers at Miami, Florida, this _16th_ day of December, 2019.

*[Signature: Ursula Ungaro]*

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf