**Affordable Dentistry**

Mon, Dec 9, 12:50 PM

> That attorney that is suing the office for the text messaging said we have a deposition today at 2:00pm. He says he is going to issue a warrant for dr. Eric and dr. Perez arrest for purposely refusing to go to court

Exhibit 2