UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-62430-UU

CARLY BITTLINGMEYER,

    Plaintiff,
v.

AFFORDABLE DENTISTRY OF
SOUTH FLORIDA CORP,

    Defendant.
    _____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Second Motion to Set Aside Default (the "Motion").  D.E. 24.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

Defendant was served on October 4, 2019.  D.E. 6.  As such, its response was due on October 25, 2019.  *See* Fed. R. Civ. P. 12(a).  Defendant did not timely respond, and the Court ordered the Clerk to enter default on November 9, 2019.  D.E. 9.  The Clerk entered default against Defendant on November 12, 2019.  D.E. 10.  Defendant now moves to set aside the default on the grounds of inadvertence and mistake.  D.E. 24.  Specifically, Defendant claims that it contacted an attorney's office within days of being served, but recently discovered that the attorney was not in fact its counsel.  *Id.*  Defendant has since retained counsel of record.  *Id.*  Defendant argues that good cause exists to set aside default because: (i) Defendant did not engage in culpable conduct resulting in default; (ii) setting aside the default would not prejudice Plaintiff; (iii) Defendant presents a meritorious defense; and (iv) Defendant acted promptly to correct the default.  *Id.*

Additionally, Defendant argues that the public interest is implicated in this case and Defendant would suffer financial loss if the default is not set aside. *Id.* With its motion, Defendant filed a proposed answer and affirmative defenses. D.E. 24-1. In light of Defendant's prompt motion and proposed answer and affirmative defenses, the Court will set aside the default and deem the answer and affirmative defenses effective. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 24, is GRANTED. The Clerk's entry of default, D.E. 10, is hereby VACATED. The answer and affirmative defenses, D.E. 24-1, is deemed effective as of the date of this Order. It is further

ORDERED AND ADJUDGED that the parties SHALL file the Joint Planning and Scheduling Report, as required by the Court's Order Setting Initial Planning and Scheduling Conference (D.E. 4), no later than **Friday, January 3, 2020**. The Initial Planning and Scheduling Conference in this matter is hereby set for **Friday, January 10, 2020 at 10:00 a.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf