UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-CV-62430-UU

CARLY BITTLINGMEYER,

    Plaintiff,

v.

AFFORDABLE DENTISTRY OF
SOUTH FLORIDA CORP,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff CARLY BITTLINGMEYER, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 11, 2020

                                            Respectfully Submitted,

                                            /s/ Jibrael S. Hindi                              .
                                          **JIBRAEL S. HINDI, ESQ.**
                                            Florida Bar No.: 118259
                                            E-mail:   jibrael@jibraellaw.com
                                            **THOMAS J. PATTI, ESQ.**
                                            Florida Bar No.: 118377
                                            E-mail:   tom@jibraellaw.com
                                            The Law Offices of Jibrael S. Hindi
                                            110 SE 6th Street, Suite 1744
                                            Fort Lauderdale, Florida 33301
                                            Phone:     954-907-1136
                                            Fax:         855-529-9540

                                            *COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 11, 2020, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

          /s/ Jibrael S. Hindi          .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com