UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-62430-UU

CARLY BITTLINGMEYER,

    Plaintiff,

v.

AFFORDABLE DENTISTRY OF
SOUTH FLORIDA CORP,

    Defendant.

_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE comes before the Court upon the Notice of Pending Settlement. D.E. 36.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised on the premises. It is hereby

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED; all motions DENIED AS MOOT.

DONE AND ORDERED in Chambers in Miami, Florida, this _11th_ day of February, 2020.

                                                                                            UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf