UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62430-UU

CARLY BITTLINGMEYER, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

AFFORDABLE DENTISTRY OF SOUTH FLORIDA CORP, a Florida limited liability company,

    Defendant.

_____/

**STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

An amicable settlement of all matters and things in dispute between the parties, and, hereto having been made, it is

STIPULATED AND AGREED by and between the parties listed above, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this cause may be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 19th day of September, 2019.

| | |
|---|---|
| WICKER SMITH O'HARA MCCOY & FORD, P.A. | The Law Office of Jibrael S. Hindi, PLLC |
| 515 E. Las Olas Boulevard | 110 Tower, 110 SE 6th Street, 17th Floor |
| SunTrust Center, Suite 1400 | Fort Lauderdale, FL  33301 |
| Fort Lauderdale, FL 33301 | Phone: (954) 907-1136 |
| Phone: (954) 847-4800 | Fax: (855) 529-9540 |
| Fax: (954) 760-9353 | Jibrael@jibraellaw.com |
| Jcohen@wickersmith.com | |
| | |
| /s/ Jordan S. Cohen, Esquire | /s/ Jibrael S. Hindi, Esquire |
| Florida Bar No. 551872 | Florida Bar. No. 118259 |
| Attorneys for Affordable Dentistry of South Florida Corp | Attorneys for Plaintiff |