**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-62430-UU

CARLY BITTLINGMEYER,

    Plaintiff,

v.

AFFORDABLE DENTISTRY OF
SOUTH FLORIDA CORP,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court upon the Stipulation for Final Order of Dismissal with Prejudice.  D.E. 39.

THIS COURT has reviewed the stipulation and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims that were or could have been raised in this action are DISMISSED WITH PREJUDICE.  Each party shall bear its own attorneys' fees and costs related to this action.

DONE AND ORDERED in Chambers in Miami, Florida, this _19th_ day of February, 2020.

                                                                                         _____

                                                                                       UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf